# IN THE MAGISTRATE COURT OF RICHMOND COUNTY

2017 MC 4646 AUGUSTA-RICHMOND CO, GA 2017 DEC 18 AM 11:18

**PLAINTIFF:** Levi White
**ADDRESS:** 420 E. Boundary ST Apt H-203
Augusta GA. 30901

vs.

**DEFENDANT:** Diversified Consultants Inc.
**ADDRESS:** 1055 Deerwood Park Blvd
Jacksonville Fl. 32256

**CASE NUMBER** _____

## STATEMENT OF CLAIM

The above-named Defendant(s) Diversified Consultants Inc is/are subject to the jurisdiction of this court and reside(s) at 1055 Deerwood Park Blvd Jacksonville Fl, 32256 ~~Richmond County, Georgia~~.

Defendant is indebted to the Plaintiff in the amount of 15,000.00

The Plaintiff's claim against the Defendant is based upon the following:

Defendant violated the Telephone Consumer Protection Act (TCPA) by calling the plaintiff cellular phone 78 Time without Express Consent. Defendant use ATDS Equipment That has The capacity To Store or produce Telephone Number To be called using a random or sequential Number generator Cell 404-236-1845, DCI# 687-666-3303, 678-999-8553, 678-733-9203. Violation of 47 USC § 227

Wherefore, Plaintiff demands judgment against the Defendant for the sum of 15,000.00 plus costs.

## VERIFICATION

Georgia, Richmond County

Levi White being duly sworn on oath, says the foregoing is a just and true statement of the amount owing by the Defendant to Plaintiff, exclusive of all set-offs and just grounds of defense.

Sworn to and subscribed before me,

This ____ day of DEC 18 2017

_____
Deputy Clerk/Notary Public

_____
Plaintiff(s) or Agent

## NOTICE AND SUMMON(S)

TO Diversified Consultants Inc.  **DEFENDANT(S)**
1055 Deerwood Park Blvd. Jacksonville FL 32256  **ADDRESS**

You are hereby notified that Levi White has made a claim and is demanding against you for the sum of Fifth teen Thousand dollars ($15,000.00), as shown by the foregoing statement. The Court will hold a hearing upon this claim at the Augusta-Richmond County Judicial Center, 735 James Brown Blvd., Augusta, GA 30901, at a time to be set when your answer is filed.

You are required to file or present an answer to this claim within 30 days after service of this claim upon you. Your answer may be filed in writing or may be given orally to the Clerk.

If you wish to have witnesses summoned, see the Clerk's Office at once for assistance.

If you have any claim against the Plaintiff, it should be presented at the time you file your answer to this complaint.

If you admit the claim, but desire additional time to pay, you must come to the hearing in person and state the circumstances to the Court.

You may come with or without an attorney.

_____
Deputy Clerk, Magistrate Court, Richmond County

JUDGMENT

**GEORGIA, RICHMOND COUNTY**

The within case being a (Consent, Default, Evidence Judgment) I find for the Plaintiff the sum of $_____

as principal, $_____ as interest, $_____ as attorney's fees and $_____ court costs.

**WHEREUPON, IT IS ORDERED AND ADJUDGED** that the Plaintiff _____

do have and recover of the Defendant(s) _____ the sum of

$_____ as principal, $_____ as interest; together with future interest at the rate of _____

per annum, $_____ as attorney's fees, and $_____ costs to be taxed by the Clerk.

This _____ day of _____, _____.

_____
Judge, Magistrate Court, Richmond County, Georgia

STATE OF GEORGIA
MAGISTRATE COURT OF RICHMOND COUNTY, GEORGIA

COMPLAINT AND SUMMONS OF SUIT

Levi White
470 E. Boundary St. Apt H-263
Augusta GA 30901
470-578-0553
Nazinga58@yahoo.com

vs

Diversified Consultants Inc
10550 Deerwood Park Blvd
Jacksonville FL 32256

Principal 615,000.00

Cost _____

This _____ day of _____,

FILED IN OFFICE
DEC 18 2017

_____
Deputy Clerk of the Magistrate Court
Richmond County, Georgia

**Georgia, Richmond County**

I have this day served the within Complaint and Summons upon the Defendant _____

By delivering a true copy of the same

(A)   to the Defendant personally

(B)   to a person sui juris residing at the Defendant's dwelling, to wit:_____
(name, age, relationship to Defendant)

(C)   to_____ who is _____ of the Defendant's Corporation;
(Title)

At _____ Richmond County, Georgia at _____ am/pm, on

The _____ day of _____, _____.

_____
Deputy Marshal