UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

LEVI WHITE,
   Plaintiff,

vs.                                            CASE NO.  1:18-cv-00021-JRH-BKE

DIVERSIFIED CONSULTANTS, INC.,
   Defendant.

**DISCLOSURE STATEMENT**
**S.D. Ga. LR 7.1.1**

The undersigned, counsel of record for Diversified Consultants, Inc. certifies that the following is a full and complete list of the parties in this action:

| Name | Identification & Relationship |
|---|---|
| Levi White | Plaintiff |
| Diversified Consultants, Inc. | Defendant |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

| Name | Identification & Relationship |
|---|---|
| Christopher M. Zehnder | President, Secretary, Treasurer |
| Donald M. Zehnder | Vice President |
| Gordon Beck | Chief Executive Officer |
| Nicole Zehnder-Smith | Director |
| Charlotte L. Zehnder | Director |

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

| Name | Identification & Relationship |
|---|---|
| DuAnn Cowart Davis | Attorney for Defendant, Diversified Consultants, Inc. |

/s/DuAnn Cowart Davis                        February 6, 2018
Signature                                                   Date