FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 FEB 12 PM 4:41

CLERK _J. Hodge_
SO. DIST. OF GA.

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

**LEVI WHITE**                         CASE NO.  1:18-cv-00021-JRH-BKE

**Plaintiff**

**VS**

**DIVERSIFIED CONSULTANTS INC.**

**Defendant**

## FIRST AMENDED COMPLAINT
## COMPLAINT FOR VIOLATION OF THE TCPA

## VERIFIED COMPLAINT for RELIEF

Telephone Consumer Protection Act ("TCPA"), 27 U.S.C. § 227, et seg   The damages is based on Defendant's frequent and unauthorized calls to Plaintiff's cellular telephone.

## JURISDICTION

1. This court has jurisdiction pursuant to 47 U.S.C. § 227 (b)(3), and 28 U.S.C. § 1331.

2. All conditions precedent to the bringing of this action have been performed.

## PARTIES

**3.** The Plaintiff in this lawsuit is Levi White, a natural person who resides in Richmond County, Georgia.

4. The Defendant in this lawsuit is **DIVERSIFIED CONSULTANTS INC. a debt collection company** with offices at 10550 Deerwood Park Blvd, Building # 309 Jacksonville, FL 32256.

**5. DIVERSIFIED CONSULTANTS INC** Registered Agent Name & Address is Incorp Services Inc 2000 Riveredge Pkwy NW Ste.885, Fulton Atlanta GA, 30324.

6. Defendant **DIVERSIFIED CONSULTANTS INC** [herein after "DCI"]

## VENUE

7. The occurrences which give rise to this action occurred in Richmond County, Georgia and Plaintiff resides in Richmond County, Georgia.

8. Pursuant to 28 U.S. Code § 1391 Venue is proper in Southern District of Georgia.

## FACTUAL ALLEGATIONS

9.  From June 9, 2014  to August 29, 2014  DIVERSIFIED CONSULTANTS INC called Plaintiff's wireless phone number 404-263-1845 from    687-666-3303, 678-999-8553,  678-733-9203, 678-733-9191, 678-733-9186, 678-666-5887, 678-666-3356, 678-666-3349, 678-666-3338, 678-608-2087, 678-608-0576, 678-608-0548, 678-733-9191,  678-701-1055,  678-701-1055, 678-701-1039  and, which are numbers known to be used by DCI. SEE EXHIBIT A

**10. Defendant has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b) (1)(A)(iii) by calling the Plaintiff's phone number, which is assigned to a cellular telephone service contrary 47 U.S.C. §227(b)(1)(A)(iii) which states in part;**

(1) PROHIBITIONS.—it shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States—

(A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice—

(iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call;

11.  DCI made at least 78 individual calls to plaintiff's wireless phone beginning June 9, 2014 and continuing through August 29, 2014  using ATDS capable equipment. SEE EXHIBIT B

**"When evaluating the issue whether equipment is an automatic telephone dialing system, the statute's clear language mandates that the focus must be on whether the equipment has the** *capacity* **'to store or produce telephone numbers to be called, using a random or sequential number generator.' Accordingly, a system need not actually, store, produce, or call randomly or sequentially generated telephone numbers, it need only have the capacity to do it."** *Satterfield v. Simon & Schuster, Inc.,* **569 F.3d 946, 951 (9th Cir. 2009).**

12.  Defendant called the Plaintiff wireless phone as many as **5 times in one day**.

13.  DCI called Plaintiff's wireless phone number 404-263-1845, on the following dates and times from the following number:

1)  June 9 2014 at 11:22 AM from 678-666-3338
2)  June 10 2014 at 8:12 AM from 678-701-1055
3)  June 10 2014 at 10:41 AM from 678-666- 5887 SECOND CALL
4)  June 10 2014 at 3:48 PM from 678-701-1055 THIRD CALL
5)  June 10 2014 at 7:17 PM from 678-666-5887 FOURTH CALL
6)  June 10 2014 at 8:13 PM from 678-701-1039 FIFTH CALL
7)  June 11 2014 at 8:17 AM from 687-666-3303
8)  June 11 2014 at 2:17 PM from 678-608-2087 SECOND CALL
9)  June 11 2014 at 8:08 PM from 678-608-2087 THIRD CALL
10) June 12 2014 at 8:42 AM from 678-666-3338
11) June 12 2014 at 10:27 AM from 678-999-8553 SECOND CALL
12) June 12 2014 at 1:36 PM from 678-666-3356 THIRD CALL
13) June 13 2014 at 8:12 AM from 678-701-1055
14) June 13 2014 at 10:07 AM from 678-666-5887 SECOND CALL
15) June 16 2014 at 9:12 AM from 678-701-1055
16) June 16 2014 at 10:13 AM from 678-666-5887 SECOND CALL
17) June 16 2014 at 6:30 PM   from 678-701-1039 THIRD CALL
18) June 16 2014 at 7:05 PM from 678-666-5887 FOURTH CALL
19) June 17 2014 at 9:25 AM from 687-666-3303
20) June 17 2014 at 4:56 PM from 678-666-3349 SECOND CALL
21) June 18 2014 at 10:03 AM from 678-666-3338
22) June 18 2014 at 1:04 PM from 678-666-3338 SECOND CALL
23) June 18 2014 at 7:08 PM from 678-999-8553 THIRD CALL
24) June 19 2014 at 9:07 AM from 678-701-1055
25) June 19 2014 at 1:21 PM from 678-666-5887 SECOND CALL
26) June 19 2014 at 7:50 PM from 678-666-5887 THIRD CALL
27) June 20 2014 at 8:14 AM from 687-666-3303
28) June 20 2014 at 7:05 PM from 678-608-2087 SECOND CALL
29) June 23 2014 at 8:26 AM from 687-666-3303
30) June 24, 2014 at 8:16 AM from 678-666-3338
31) June 24, 2014 at 11:08 AM from 678-999-8553 SECOND CALL
32) June 24, 2014 at 7:08 PM from 678-999-8553 THIRD CALL
33) June 25, 2014 at 10:18 AM from 678-701-1055
34) June 25, 2014 at 7:22 PM from 678-666-5887 SECOND CALL
35) June 26, 2014 at 8:46 AM from 678-733-9186
36) June 26, 2014 at 1:04 PM from 678-608-2087 SECOND CALL
37) June 26, 2014 at 5:55 PM from 678-733-9186 THIRD CALL
38) June 27, 2014 at 3:27 PM from 678-733-9191

39) June 30, 2014 at 8:43 AM from 678-733-9191
40) June 30, 2014 at 8:09 PM from 678-733-9191 SECOND CALL
41) July 2, 2014 at 10:19AM from 678-733-9186
42) July 2, 2014 at 5:51 PM from 678-733-9186 SECOND CALL
43) July 3, 2014 at 8:26AM from 678-733-9191
44) July 3, 2014 at 12:19 PM from 678-733-9191 SECOND CALL
45) July 7, 2014 at 6:47 PM from 678-701-1055
46) July 9, 2014 at 10:53 AM from 678-733-9191
47) July 9, 2014 at 1:42 PM from 678-733-9191 SECOND CALL
48) July 9, 2014 at 6:14 PM from 678-733-9191 THIRD CALL
49) July 10, 2014 at 9:13 AM from 678-733-9203
50) July 10, 2014 at 11:31 AM from 678-733-9203 SECOND CALL
51) July 10, 2014 at 7:11 PM from 678-666-5887
52) July 11, 2014 at 9:03 AM from 678-733-9186
53) July 14, 2014 at 10:12 AM from 678-733-9186 SECOND CALL
54) July 15, 2014 at 10:09 AM from 678-733-9191
55) July 17, 2014 at 12:50 PM from 678-733-9186
56) July 18, 2014 at 8:44 AM from 678-733-9191
57) July 18, 2014 at 3:54 PM from 678-733-9191 SECOND CALL
58) July 21, 2014 at 11:19 AM from 678-733-9191 THIRD CALL
59) July 22, 2014 at 11:14 AM from 678-733-9203
60) July 23, 2014 at 1:15 PM from 678-733-9186
61) July 23, 2014 at 7:31 PM from 678-608-2087
62) July 24, 2014 at 11:10 AM from 678-733-9191
63) July 25, 2014 at 9:26 AM from 678-733-9203
64) July 28, 2014 at 11:12 AM from 678-733-9203
65) July 30, 2014 at 11:47 AM from 678-733-9191
66) July 31, 2014 at 8:16 AM from 678-733-9203
67) August 1, 2014 at 10:17 AM from 678-733-9186
68) August 5, 2014 at 1:17 PM from 678-733-9191
69) August 7, 2014 at 11:36 AM from 678-733-9191
70) August 8, 2014 at 9:32 AM from 678-733-9191
71) August 14, 2014 at 11:04 AM from 678-733-9191
72) August 15, 2014 at 10:14 AM from 678-733-9191
73) August 22, 2014 at 8:44 AM from 678-608-0576
74) August 25, 2014 at 10:36 AM from 678-608-0576
75) August 26, 2014 at 10:03 AM from 678-608-0548
76) August 27, 2014 at 4:34 PM from 678-608-0548
77) August 28, 2014 at 9:55 AM from 678-608-0576
78) August 29, 2014 at 8:40 AM from 678-608-0576

14. On the several occasions when Plaintiff would answer Defendant's calls no one would say anything and there would be only dead air.

15. Not one of DCI telephone calls placed to Plaintiff were for "Emergency purposes" as specified in 47 U.S.C. § 227(b)(1)(A).

16. Plaintiff does not have any kind of business relationship with the defendant

17. Plaintiff at or near the time each of the calls was placed to his wireless phones the Defendant made handwritten notes of all calls details including but not limited to the date, time, whether he answered the call and what was said by the caller if anything.

18. Upon information and good-faith belief, the telephone calls identified above were placed to Plaintiff's wireless phone number using an automatic telephone dialing system (ATDS) and/or used an artificial or prerecorded voice.

19. Upon information and belief, Defendant placed the calls to the Plaintiff identified above voluntarily.

20. Upon information and belief, Defendant placed the calls to the Plaintiff identified above under its own free will.

21. Upon information and belief, the Defendant had knowledge that it was using an automatic telephone dialing system to place each of the telephone calls identified above.

22. Upon information and belief, Defendant intended to use an automatic telephone dialing system to place each of the telephone calls identified above.

23. Upon information and belief, Defendant maintains business records that show all calls Defendant placed to Plaintiff's wireless telephone number.

24. At the times that all of the above identified calls were received on his wireless phone Plaintiff was the subscriber to the called number, was the sole person having custody of said phone and paid for the airtime for the called phone number.

25. Plaintiff sent a Notice of Intent to Sue to the Defendant which was mailed by **CERTIFIED MAIL # 7017 1450 0001 5530 2780** on October 13, 2017 in an effort to mitigate damages and settle all claims prior to litigation.

26. Plaintiff's claims herein are brought timely within the four year statute of limitations under the Telephone Consumer Protection Act ("TCPA").


## COUNT 1

### VIOLATIONS OF THE TCPA 47 U.S.C. § 227(B)(1)(A)(3)

27. Plaintiff repeats and re-alleges each and every allegation stated above.

28. Defendant's aforementioned conduct violated the TCPA, 47 U.S.C. § 227.

WHEREFORE, Plaintiff prays for relief and judgment as follows:

a.   Adjudging that Defendant violated the TCPA, 47 U.S.C. 227

b.   Awarding Plaintiff statutory damages, pursuant to 47 U.S.C. § 227(B)(3)(B);  Plaintiff is entitled to statutory damages under TCPA of not less than $500.00 per phone call made to Plaintiff.

Defendant has demonstrated willful or knowing non-compliance with 47 U.S.C. 227(b) (1) (A) (iii) by using an automatic telephone dialing system to call the Plaintiff's number which is assigned to a cellular phone.

Defendant has demonstrated willful knowing non-compliance with 47 U.S.C. § 227(b) (1) (A) the second call is subject to treble damages pursuant to 47 U.S.C. 227(b) (3). as it was intentional.  An unintentional call carries a damage amount of $500.00.  An intentional call carries a damage of $1500.00 per violation.

c.   Awarding Plaintiff any attorney's fees and costs incurred in this action.

d.   Awarding Plaintiff post-judgment interest as may be  allowed under the law.

e. Awarding such other and further relief as the Court may deem just and proper.

Dated: Februarys 12, 2018

Respectfully Submitted

BY:

Levi T. White Pro Se
420 E. Boundary Street
Apt. H-203
Augusta, Georgia 30901
nazinga58@yahoo.com
470-572-0593

Service to:

DIVERSIFIED CONSULTANTS INC.
LEGAL DEPARTMENT
10550 Deerwood Park Blvd,
Building # 309
Jacksonville, FL 32256.

# EXHIBIT A
## Screen shots from cell phone, From Diversified Consultants inc



6786665887
Jun 10 Tue. 10:41am
6787011055
Jun 10 Tue. 08:12am
6786663338
Jun 09 Mon. 11:22am

pppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppp

6786082087
Jun 11 Wed. 08:08 pm
Jun 11 Wed. 02:17 pm

pppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppp

6786663338
Jun 12 Thu. 08:42 am

pppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppp

6787011055
Jun 13 Fri. 08:12 am

pppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppppp

6786665887
Jun 13 Fri. 10:07 am

# EXHIBIT B



## Public Utility Commission of Texas

## ADAD Report

### DIVERSIFIED CONSULTANTS INC

### Permit No: 070122

| | |
|---:|:---|
| **Type:** | ADAD |
| **Permit Approved Date:** | 3/28/2007 |
| **Date Last Renewed:** | 3/28/2016 |

**BA Names**

No DBA Records

**ontact Information**

*Company / Physical  (Mailing Address)*
DIVERSIFIED CONSULTANTS INC
MAVIS PYE
VP OF COMPLIANCE
10550 DEERWOOD PARK BLVD
SUITE 309
JACKSONVILLE,FL 32256
**Web:** www.dcicollect.com
**Email:** info@dcicollect.com
**Phone:** 904-247-5500
**Toll Free:** 800-771-5361
**Fax:** 904-247-0660

*ADAD Physical Address*
DIVERSIFIED CONSULTANTS INC
MAVIS PYE
10550 DEERWOOD PARK BLVD
SUITE 309
JACKSONVILLE,FL 32256
**Email:** mavis@dcicollect.com
**Phone:** 904-694-3141
**Toll Free:** 800-771-5361
**Fax:** 904-247-0660

*ADAD Physical Address*
DIVERSIFIED CONSULTANTS INC
MAVIS PYE
10550 DEERWOOD PARK BLVD
SUITE 309
JACKSONVILLE,FL 32256
**Email:** mavis@dcicollect.com
**Phone:** 904-694-3141
**Toll Free:** 800-771-5361
**Fax:** 904-247-0660

*Mailing / PO Box*
DIVERSIFIED CONSULTANTS, INC
MAVIS PYE
VP OF COMPLIANCE
10550 DEERWOOD PARK BLVD
SUITE 309
JACKSONVILLE,FL 32256
**Web:** www.dcicollect.com
**Email:** info@dcicollect.com
**Phone:** 904-247-5500

**Toll Free:** 800-771-5361
**Fax:** 904-247-0660

eports
_____

2015                                    2014
**ADAD Annual Report**                  **ADAD Annual Report**
**Submitted:** 11/3/2015                **Submitted:** 3/3/2014
**Approved:** 11/18/2015                **Approved:** 11/25/2014

2013                                    2012
**ADAD Annual Report**                  **ADAD Annual Report**
**Submitted:** 4/11/2013                **Submitted:** 11/26/2012
**Approved:** 4/16/2013                 **Approved:** 3/19/2013

2011                                    2010
**ADAD Annual Report**                  **ADAD Annual Report**
**Submitted:** 11/1/2011                **Submitted:** 11/10/2010
**Approved:** 12/12/2011                **Approved:** 11/18/2010

2009                                    2008
**ADAD Annual Report**                  **ADAD Annual Report**
**Submitted:** 11/9/2009                **Submitted:** 1/15/2008
**Approved:** 11/18/2009                **Approved:** 11/6/2008

*End Report*

## VERIFICATION BY PLAINTIFF

I, Levi White have read the foregoing complaint and examined the appendices referenced therein. The facts stated in the complaint are true. The appendices are true and fair copies of recited documents.

_(signature)_ _____                                    Februarys  12, 2018

**(Levi White)**                                                                 **(Date Signed)**


**State of Georgia**

**County of Richmond**


Before me, the undersigned notary, on Februarys  12, 2018 personally appeared Levi White, who produced his Georgia Driver's License as ID, and who, being duly sworn, stated under penalty that the facts alleged in the foregoing complaint and any appendices thereto are true and correct.

**(seal)**

_(notary seal: IVY M. MANN, NOTARY PUBLIC, COLUMBIA COUNTY GA, My Commission Expires September 28, 2021)_

_(signature)_ _____

**Notary Signature**

# **CERTIFICATE OF SERVICE**

The true and correct copy of the foregoing document was sent to the below named parties by first mail Certified Mail # 7017 2400 0000 1501 2921. In a properly addressed envelopes with adequate postage.

Signed February 12, 2018

**DuAnn Cowart Davis
108 North Main Street
Suite B.
Reidsville Ga. 30453
(912) 257-4247
duann@duanncowartdavis.com**
*Attorney for the DEFENDANT*